# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## Northern District of New York

Index Number: 309CV0219TJMDEP

Date Filed: 2/23/2009

Plaintiff/Petitioner:
**NORTH POINTE CHURCH**
vs.
Defendant/Respondent:
**ROBERT J. MOPPERT, et al.**

Received by Hatfield Process Service to be served on **Daniel T. Hayes, President, Broome Community College, 901 Upper Front Street, Binghamton, NY 13905.** I, John Madan, do hereby affirm that on the 26 day of Feb, 2009 at 12:25 P.m., executed service by delivering a true copy of the Summons in a Civil Action and Verified Complaint for Declaratory and Injunctive Relief and Damages with Attachments, Notice, Motion for Limited Admission Pro Hac Vice for Timothy D. Chandler, Motion for Limited Admission Pro Hac Vice for Daniel Blomberg, Order to Show Cause with Memorandum in Support of Plaintiff's Submitted Order to Show Cause for a Temporary Restraining Order and Preliminary Injunction, Declaration and Certificate of Service in accordance with state statutes in the manner marked below:

(✓) INDIVIDUAL SERVICE: Served the above-named person.

( ) SUBSTITUTE RESIDENTIAL SERVICE: By delivering the service package to ____________________, as ____________________, at the above-named person's dwelling place or usual place of abode.

( ) OTHER SERVICE: As described in the Comments below.

( ) NON SERVICE: For the reason detailed in the Comments below.

( ) MILITARY SERVICE: ( )YES __________BRANCH ( ) NO

**COMMENTS:** ____________________

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Sworn to before me on Mar. 5, 2009
Carol S. Madan

CAROL S. MADAN
Notary Public - State of New York
No. 4947766 Tioga
Residing in ~~Broome~~ County
My Commission Expires Feb. 27, 2011

John Madan
PROCESS SERVER # ______
Appointed in accordance with State Statutes

**Hatfield Process Service**
**Www.Hatfieldprocess.Com**
**1669 Jefferson**
**Kansas City, MO 64108**
**(816) 842-9800**
Our Job Serial Number: 2009002051

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.1b

AO 440 (Rev. 02/09) Summons in a Civil Action (Page 2)

Civil Action No. 3:09-CV-0219 (TJM/DEP)

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* Daniel T. Hayes President

was received by me on *(date)* 2/25/09 .

☒ I personally served the summons on the individual at *(place)* 901 Front St, Binghamton, NY 13901 on *(date)* 2/26/09 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ________, a person of suitable age and discretion who resides there, on *(date)* ________, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ________, who is designated by law to accept service of process on behalf of *(name of organization)* ________ on *(date)* ________ ; or

☐ I returned the summons unexecuted because ________ ; or

☐ Other *(specify)*:

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: Mar. 3, 2009

____________________

*Server's signature*

Sworn to before me on Mar. 5, 2009

Carol S. Madan

John Madan

*Printed name and title*

CAROL S. MADAN
Notary Public - State of New York
No. 4947766 Tioga
Residing in ~~Broome~~ County
My Commission Expires Feb. 27, 20 11

HPS PROCESS SERVICE INVESTIGATIONS
www.hatfieldprocess.com
1669 Jefferson Street
Kansas City, MO 64108

*Server's address*

Additional information regarding attempted service, etc: